IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JACINTA DOWNING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Judge John J. Tharp |
| v. ) | Case No. 15-cv-05921 |
| ) | |
| ABBOTT LABORATORIES and ABBOTT ) | |
| MOLECULAR INC., ) | |
| ) | |
| Defendants. | |

**ABBOTT'S EMERGENCY MOTION TO ADJUST THE ORDER OF WITNESSES**

Abbott is regretfully styling this as an "emergency" motion given the need for the Court's guidance to accommodate two witnesses' schedules, and without prejudice to Plaintiff. Plaintiff has objected to Abbott's requested accommodation: "We do object." Courts have "broad discretion" to control the order of witness testimony. *United States v. Bozovich*, 782 F.3d 814, 816 (7th Cir. 2015). Here, Abbott requests that the Court exercise its discretion to allow Steve Cielocha to complete his testimony on Tuesday morning and Julee MacGibbon to testify Monday.

Abbott anticipated that Mr. Cielocha's testimony would be completed on Friday. But the day moved more slowly than anticipated, partly due to an extra break and time devoted to various issues during Mr. Jowett's testimony. In order to testify on Friday instead of Monday as originally projected, Mr. Cielocha rearranged several meetings on his schedule from Friday to Monday. One of those meetings is for a time-sensitive project that requires his participation on Monday to keep an important project on deadline. Mr. Cielocha is available to resume his testimony in the morning on Tuesday, August 24, 2021. Earlier today, on August 21, 2021, Abbott's counsel also learned that Ms. MacGibbon is driving to and then attending a funeral

service for a family member on Tuesday, August 24, 2021, the final day of trial. This conflict means Ms. MacGibbon has no flexibility to testify Tuesday instead of Monday.

Given these circumstances, Abbott reached out to Plaintiff's counsel to ask if she had any objections to proceeding with Mr. Farmakis and Ms. MacGibbon on Monday, and then resuming Mr. Cielocha's testimony on Tuesday. Plaintiff's counsel responded to Abbott's request with a single line, "We do object." Abbott perceives no prejudice to Plaintiff given that the weekend has already interrupted Mr. Cielocha's testimony, and Plaintiff's counsel did not identify any.

Abbott thus seeks the Court's assistance in accommodating its witnesses' schedules. Abbott asks that the Court permit Mr. Cielocha to complete his testimony on Tuesday morning with the testimony of Peter Farmakis and then Ms. MacGibbon to proceed on Monday. This request is a reasonable and routine courtesy to witnesses, and one that does not prejudice Plaintiff.

Dated: August 21, 2021                                  Respectfully submitted,

                                                         /s/ Christa C. Cottrell

James F. Hurst
Christa C. Cottrell
Rebecca Fitzpatrick
Taj Clayton
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
(312) 862-2000
james.hurst@kirkland.com
ccottrell@kirkland.com
rebecca.fitzpatrick@kirkland.com
taj.clayton@kirkland.com

*Counsel for Abbott Laboratories and Abbott Molecular Inc.*

3

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on August 21, 2021 I caused a copy of the Notice of Filing attaching **Abbott's Emergency Motion to Adjust the Order of Witnesses** to be served via the Court's ECF system upon the following:

Linda D. Friedman
Suzanne Bish
George Robot
Shona B. Glink
Jared Calvert
Daniel B. Lewin
STOWELL & FRIEDMAN, LTD.
303 W. Madison St., Suite 2600
Chicago, Illinois 60606

Matthew Singer
Matt Singer Law, LLC
77 W. Wacker Dr., Suite 4500
Chicago, Illinois 60601

*Attorneys for Plaintiff Jacinta Downing*

    Respectfully submitted,

    */s/ Christa C. Cottrell*
    Christa C. Cottrell